# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

131969

RONALD SWEATT, LYDIA SWEATT,
and MOTOR CITY III, L.L.C.,
        Plaintiffs-Appellants,

v

EDWARD GARDOCKI,
        Defendant-Appellee,

and

ROBERT KATZMAN,
        Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131969
COA: 259272
Oakland CC: 1999-016379-CK

On order of the Court, the application for leave to appeal the May 30, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007                   _____

p0618                                          Clerk